UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-7564 GW (KS)                                         Date: October 13, 2021

Title   _Young Yil Jo, et al. v. Six Unknown Names Agents, et al._

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:                           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 20, 2021, Plaintiff, a California state resident proceeding _pro se_, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint is difficult to comprehend, with handwritten annotations in the margins of each page, multiple attachments, and phrases blacked out throughout the pleading. As such, the complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. _See_ FED. R. CIV. P. 8; _United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc._, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it).

On September 22, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed _in forma pauperis_. (Dkt. No. 2.) Three weeks have now passed, and Plaintiff has not responded to the Court's notification. Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than November 3, 2021, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60). **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the November 3, 2021 deadline.** Plaintiff is also strongly encouraged to use the Central District's form civil rights

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 21-7564 GW (KS)                                                         Date: October 13, 2021

Title   _Young Yil Jo, et al. v. Six Unknown Names Agents, et al._

complaint to file an amended complaint that clearly specifies the number and nature of his claims for relief and the facts underpinning each claim.

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

**IT IS SO ORDERED.**

:

**Initials of Preparer**   gr